# First District Court of Appeal
## State of Florida

_____

No. 1D2025-2330
_____

Conrad Eugene Hamman, Jr.,

   Appellant,

v.

State of Florida,

   Appellee.

_____


On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.


June 12, 2026

Per Curiam.

   Affirmed.

Osterhaus, C.J., and Kelsey and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Conrad Eugene Hamman, Jr., pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.